BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11-CR-00172-AWI |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| AARON GREGORY GUZMAN, | ) |
| Defendant. | ) |

WHEREAS, on February 24, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Aaron Gregory Guzman in the following property:

    a. Compaq Presario Desktop SR 1000, bearing serial number CNX62208SQ,
    b. Cruzer USB Drive, 1606 Hard Disk Drive,
    c. Western Digital Hard Drive, 1606 Hard Disk Drive, bearing serial number WXE208DM6099, and
    d. Compaq Presario Laptop A900, bearing serial number CND821NCRQ.

AND WHEREAS, beginning on March 10, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

Final Order of Forfeiture

1

parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Aaron Gregory Guzman.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  May 25, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE